UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER, aka RICHARD TYRONE FOSTER,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN,<br><br>Respondent. | No. 2:16-cv-01845 KJM AC P<br><br>ORDER |

Petitioner requests a thirty-day extension of time within which to file objections to the undersigned's findings and recommendations filed August 20, 2018, which were served on petitioner at his last address of record.[1] For good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's request for extended time, ECF No. 10, is granted.

2. Petitioner's written objections to the pending findings and recommendations shall be filed on or before October 5, 2018; **no further extensions of time will be granted**.

////

////

---

[1] It is petitioner's responsibility to keep the court apprised of his current address at all times. See Local Rules 182(f), 183(b). "Absent such notice, service of documents at the prior address of the . . . pro se party shall be fully effective." Local Rule 182(f).

1

3. The Clerk of Court is directed to designate on the docket that petitioner is now incarcerated at Calipatria State Prison, and shall serve this order on petitioner at that address.

IT IS SO ORDERED.

DATED: September 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE